RECEIVED
JAN 2 8 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANCHOR MARINE TRANSPORTATION | CIVIL ACTION NO. 6:08-1593 |
| VERSUS | JUDGE DOHERTY |
| LONESTAR 203, her engines, boilers, tackle, furniture, apparel, etc., in rem, and LONESTAR DRILLING NIGERIA, LTD., in personam | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING

Pending before this Court is the Motion for Leave to File Supplemental Memorandum to Clarify Record, filed by plaintiff, Anchor Marine Transportation, Ltd. [Doc. 30]. The motion is unopposed at this time.

Review of the record in this matter shows plaintiff originally filed a petition for vessel seizure on October 24, 2008 [Doc. 1]. The plaintiff subsequently filed a motion to release the vessel from seizure on November 12, 2008 [Doc. 15], which this Court granted the same date [Doc. 16] and this matter was closed by the Clerk of Court on November 12, 2008.

Plaintiff requested the matter be re-opened and again, plaintiff filed another petition for vessel seizure in the same matter on January 9, 2009 [Doc. 20]. Plaintiff filed a motion for release of the seized vessel [Doc. 29], on grounds it had accepted an amount sufficient to allow the vessel to be released. Therefore, the matter was re-opened, seizure was had, and again plaintiffs accepted an amount in satisfaction and has now again requested the release of the vessel. Consequently, it

appears the basis of the lawsuit no longer stands, with the acceptance of an amount in satisfaction and request for the vessel to be released based upon that acceptance. Consequently, this Court has question as to whether the instant motion for leave is a proper procedural vehicle for the requested relief, and has question as to the status of the remaining, if any, claims and plaintiff's ability – given the procedural vehicle chosen to institute this matter – to support its request. Consequently, plaintiff has failed to carry its burden to establish it is due the relief requested and the motion, as couched, must be DENIED.

Considering the foregoing, the Motion for Leave to File Supplemental Memorandum to Clarify Record is DENIED.

Lafayette, Louisiana this the ____28____ day of January, 2009.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE